```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT ARKANSAS
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FEB 28 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

WLA, INC.                                                                                          PLAINTIFF

V.                          CASE NO. 2:24-CV-00038-BSM

DEAN TRUCKING, LLC;
and MELESE ABEBE FENTAW                                                                 DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, WLA, Inc., and for its Complaint against Defendants, Dean Trucking, LLC; and Melese Abebe Fentaw, states:

### NATURE OF THE ACTION

1. This is an action for recovery of property damage arising out of a motor vehicle collision which occurred in this District and Division.

### PARTIES

2. Plaintiff is a North Carolina corporation with its principal place of business in North Carolina.

3. Defendant Dean Trucking, LLC (Dean) is a Texas limited liability company with its principal place of business in Texas. On information and belief, none of the members of Dean are citizens or residents of North Carolina.

4. Defendant Melese Abebe Fentaw (Fentaw) is an individual citizen and resident of Texas.

case assigned to District Judge Miller
 and to Magistrate Judge Ervin

## JURISDICTION AND VENUE

5.      This is an action between citizens and residents of different states.  The Plaintiff has diverse citizenship from all Defendants.  The amount in controversy exceeds $75,000.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332.

6.      The motor vehicle collision which gives rise to this case occurred in this District and Division.  Venue is proper pursuant to 28 U.S.C. § 1391.

## FACTS

7.      On October 29, 2022, a tractor and trailer owned by Plaintiff was being driven by Jonathan Gardner (Gardner), an employee of the Plaintiff, on Interstate 40 Westbound in St. Francis County, Arkansas.

8.      Traffic on Interstate 40 came to a standstill due to an accident. Gardner brought his tractor and trailer to a complete stop behind another tractor-trailer.

9.      Another tractor-trailer behind Gardner also came to a complete stop behind Gardner.

10.     Fentaw was driving a tractor-trailer owned and/or operated by Dean.

11.     Fentaw failed to appreciate that traffic had come to a standstill in front of him.  He approached the stopped traffic at a high rate of speed and was unable to stop in time prior to impact.

12.     The Dean tractor-trailer driven by Fentaw crashed into the tractor-

trailer stopped immediately behind the Plaintiff's tractor-trailer causing a chain reaction.

13. The motor vehicle collision was solely the fault of Fentaw. He failed to keep a proper lookout, failed to keep his vehicle under control, was driving at an excessive rate of speed, failed to avoid collision with a stopped vehicle in front of him, and otherwise failed to exercise ordinary care under the circumstances.

14. Fentaw was driving under the authority of and under the control of Dean. Fentaw's negligence is attributable to Dean under the doctrine of respondeat superior.

## DAMAGES

15. Plaintiff has been damaged by damages to its tractor and trailer. These damages include but are not limited to:

>   A. Cost of tow;
>
>   B. Cost of storage;
>
>   C. Cost of repair; and
>
>   D. Loss of use.

16. To date, Plaintiff's damages exceed $150,000.

## JURY TRIAL DEMAND

17. Plaintiff demands trial by jury pursuant to Rule 38.

## PRAYER FOR RELIEF

18.   Plaintiff demands judgment against Defendants in an amount to be proven at trial, not less than $76,000.

## PROCEDURAL RESERVATION

19.   Plaintiff reserves the right to plead further, including pleading by way of amended complaint and the addition of additional defendants, as the basis for same is made known during the course of discovery and investigation.

WHEREFORE, Plaintiff demands judgment against Defendants for damages to be proven at trial, all as prayed for herein.

> WDTC LAW, P.A.
> 2120 RIVERFRONT DRIVE, SUITE 275
> LITTLE ROCK, AR  72202
> (501) 372-1406
> (501) 372-1209 FAX
> david.donovan@wdtc.law

By: _____
DAVID M. DONOVAN (81184)