IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

WLA, INC.                                                                                          PLAINTIFF

v.                              CASE NO. 2:24-CV-00038-BSM

DEAN TRUCKING, LLC
AND MELESE ABEBE FENTAW                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of March, 2025.


_____
UNITED STATES DISTRICT JUDGE